NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD., LTS LOHMANN THERAPIE-SYSTEME AG,**
*Plaintiffs - Appellees*

v.

**NOVEN PHARMACEUTICALS INC.,**
*Defendant - Appellant*

---

15-2051, 15-2053

---

Appeal from the United States District Court for the District of Delaware in case no. 1:13-cv-00527-RGA, 1:14-cv-00111-RGA Judge Richard G. Andrews

---

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

                                                        FOR THE COURT

November 13, 2015                  /s/ Daniel E. O'Toole
                                                  Daniel E. O'Toole
                                                  Clerk of Court

**ISSUED AS A MANDATE:** November 13, 2015